IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**TIMOTHY KELLY,**
on behalf of himself and
all others similarly situated,

    **Plaintiff,**

    v.                                Civil Action No. 3:13cv311 (JAG)

**NATIONSTAR MORTGAGE, LLC,**

    **Defendant.**

## DEFENDANT NATIONSTAR MORTGAGE, LLC'S
## MOTION TO STAY DISCOVERY

Defendant Nationstar Mortgage, LLC, by counsel, pursuant to Federal Rule of Civil Procedure 26(c), submits this Motion to Stay Discovery pending resolution of Nationstar's Motion to Dismiss (ECF 7). For the reasons set forth in the accompanying memorandum of law, the Court should temporarily stay discovery in this case pending the resolution of Nationstar's potentially dispositive Motion to Dismiss Plaintiff's Complaint.

WHEREFORE, Defendant Nationstar Mortgage, LLC, respectfully requests that the Court grant its Motion to Stay Discovery pending Nationstar's Motion to Dismiss and enter an Order staying discovery until the Court rules on Nationstar's Motion to Dismiss, and grant Defendant any further legal or equitable relief as the Court deems appropriate.

                                                    **NATIONSTAR MORTGAGE, LLC**

                                                    By:   /s/ Jason E. Manning
                                                              Of Counsel

John C. Lynch (VSB No. 39267)
Jason E. Manning (VSB No. 74306)
Counsel for Defendant Nationstar Mortgage, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff Timothy Kelly**
Dale W. Pittman
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
E-mail: dale@pittmanlawoffice.com

Kristi Cahoon Kelly
SUROVELL ISAACS PETERSEN & LEVY PLC
4010 University Drive, 2nd Floor
Fairfax, VA 22030
E-mail: kkelly@siplfirm.com

Leonard A. Bennett
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
E-mail: lenbennett@clalegal.com

Matthew J. Erausquin
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
E-mail: matter@clalegal.com

/s/ Jason E. Manning
John C. Lynch (VSB No. 39267)
Jason E. Manning (VSB No. 74306)
Counsel for Nationstar Mortgage, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

20593225v1