# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

**TIMOTHY KELLY,** *on behalf of himself and all others similarly situated*

            **Plaintiffs**

v.                                            CIVIL ACTION NO. 3:13-cv-00311-JAG

**NATIONSTAR MORTGAGE, LCC.,**

            **Defendant**

## NOTICE OF APPEARANCE

Susan M. Rotkis, of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, Virginia 23601 hereby notes her appearance as counsel in this case on behalf of the Plaintiffs.

Please copy her with all matters in this case.

                                              TIMOTHY KELLY, *on behalf of himself and all others similarly situated*

                                              _____/s/_____
                                              Susan M. Rotkis
                                              VSB #40693
                                              Attorney for Plaintiff
                                              CONSUMER LITIGATION
                                              ASSOCIATES, P.C.
                                              763 J. Clyde Morris Blvd. Suite 1-A
                                              Newport News, Virginia 23601
                                              (757) 930-3660 - Telephone
                                              (757) 930-3662 – Facsimile
                                              srotkis@clalegal.com

CERTIFICATE OF SERVICE

       I hereby certify that on the 22nd day of August, 2013, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification to the following:

Jason Emmanuel Manning
Troutman Sanders, LLP
222 Central Park Avenue
Suite 2000
Virginia Beach, Virginia  23462
Telephone: (757) 687-7764
Facsimile: (757) 687-1524
E-mail: jason.manning@troutmansanders.com
*Counsel for Nationstar Mortgage, Inc.*

                                             /s/
                                    Susan M. Rotkis, VSB No. 40693
                                    Consumer Litigation Associates, P.C.
                                    763 J. Clyde Morris Boulevard, Suite 1-A
                                    Newport News, VA 23606
                                    (757) 930-3660 telephone
                                    (757) 930-3662 facsimile
                                    srotkis@clalegal.com