IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

TIMOTHY KELLY,

          Plaintiff,

v.                                                     Civil Action No. 3:13-cv-00311-JAG

NATIONSTAR MORTGAGE, LLC,

          Defendant.

## ORDER

This matter comes before the Court on the defendant's Motion for a Protective Order. (Dk. No. 28.) The Court GRANTS the motion. The Court DIRECTS the defendant to make its corporate representative available for a deposition on February 19th, 20th, 21st, or 25th. The Court will take under advisement whether the plaintiff shall pay the defendant's attorneys' fees for having to file the motion for a protective order.

It is so ORDERED.

Let the Clerk send a copy to all counsel of record.

Date: <u>February 4, 2014</u>
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge