# Andrew Guzzo

| | |
|---|---|
| **From:** | Kristi Cahoon Kelly |
| **Sent:** | Saturday, January 25, 2014 3:03 PM |
| **To:** | Lynch, John C.; Jones, Maryia Y. |
| **Cc:** | Leonard Bennett; Matt Erausquin; Dale Pittman; Andrew Guzzo |
| **Subject:** | Kelly/Fariasantos- follow up |

John and Maryia,

I just wanted to follow up on our conversation about the whether you consent to amending the complaint in Kelly. I thought you said you would get back to us last Wednesday, so I wanted to follow up. We will circulate the motion, memo, order and proposed complaint on Monday.

Also, I didn't hear from you about alternate dates for the corporate designee depos. I assume that unless we do, that those dates work for you. We plan to schedule court reporter and videographer on Monday, so please advise.

Thanks,


Kristi C. Kelly
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Direct: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyandcrandall.com

Please do not read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call me at 703-424-7570 or e-mail me immediately, and destroy all copies of the communications. Thank you.

1