## Andrew Guzzo

| | |
|---|---|
| **From:** | Andrew Guzzo |
| **Sent:** | Monday, January 27, 2014 10:18 AM |
| **To:** | Lynch, John C.; Jones, Maryia Y. |
| **Cc:** | Leonard Bennett; Matt Erausquin; Dale Pittman; Kristi Cahoon Kelly |
| **Subject:** | RE: Kelly/Fariasantos- follow up |
| **Attachments:** | 1.27.14 Motion for Leave to File an Amended Complaint.doc; 1 27 14 Memo in Support of Motion for Leave to File an Amended Complaint.doc; 1.27.14 Proposed Amended Complaint.docx; 1.27.14 Proposed Order.doc |

John and Maryia,

Attached is the motion, memorandum, proposed amended complaint, and order for Kelly. We would like to get this filed today. Would you please let us know whether you will consent to this filing?

Thank you,
Andrew

**From:** Kristi Cahoon Kelly
**Sent:** Saturday, January 25, 2014 3:03 PM
**To:** Lynch, John C.; Jones, Maryia Y.
**Cc:** Leonard Bennett; Matt Erausquin; Dale Pittman; Andrew Guzzo
**Subject:** Kelly/Fariasantos- follow up

John and Maryia,

I just wanted to follow up on our conversation about the whether you consent to amending the complaint in Kelly. I thought you said you would get back to us last Wednesday, so I wanted to follow up. We will circulate the motion, memo, order and proposed complaint on Monday.

Also, I didn't hear from you about alternate dates for the corporate designee depos. I assume that unless we do, that those dates work for you. We plan to schedule court reporter and videographer on Monday, so please advise.

Thanks,


Kristi C. Kelly
Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Direct: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyandcrandall.com

Please do not read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call me at 703-424-7570 or e-mail me immediately, and destroy all copies of the communications. Thank you.

1