# Andrew Guzzo

**From:** Lynch, John C. <john.lynch@troutmansanders.com>
**Sent:** Monday, January 27, 2014 11:26 AM
**To:** Andrew Guzzo; Jones, Maryia Y.
**Cc:** Leonard Bennett; Matt Erausquin; Dale Pittman; Kristi Cahoon Kelly
**Subject:** RE: Kelly/Fariasantos- follow up

Andrew,

I will back with you later today or in the morning on this and the other issues in the Kelly case.

Thanks

John C. Lynch
*Troutman Sanders LLP*
Direct: 757.687.7765
Fax: 757.687.1504
Cell: 757.593.6625
E-mail
Web

Atlanta • Chicago • Hong Kong • London • New York •Newark
Norfolk • Orange County • Portland • Raleigh •Richmond • San Diego
Shanghai • Tysons Corner • Virginia Beach • Washington, D.C.

**From:** Andrew Guzzo [mailto:aguzzo@kellyandcrandall.com]
**Sent:** Monday, January 27, 2014 10:18 AM
**To:** Lynch, John C.; Jones, Maryia Y.
**Cc:** Leonard Bennett; Matt Erausquin; Dale Pittman; Kristi Cahoon Kelly
**Subject:** RE: Kelly/Fariasantos- follow up

John and Maryia,

Attached is the motion, memorandum, proposed amended complaint, and order for Kelly. We would like to get this filed today. Would you please let us know whether you will consent to this filing?

Thank you,
Andrew

**From:** Kristi Cahoon Kelly
**Sent:** Saturday, January 25, 2014 3:03 PM
**To:** Lynch, John C.; Jones, Maryia Y.
**Cc:** Leonard Bennett; Matt Erausquin; Dale Pittman; Andrew Guzzo
**Subject:** Kelly/Fariasantos- follow up

John and Maryia,

1