# Andrew Guzzo

| | |
|---|---|
| **From:** | Kristi Cahoon Kelly |
| **Sent:** | Tuesday, January 28, 2014 10:12 AM |
| **To:** | Lynch, John C.; Andrew Guzzo; Jones, Maryia Y. |
| **Cc:** | Leonard Bennett; Matt Erausquin; Dale Pittman |
| **Subject:** | RE: Kelly/Fariasantos- follow up |

John,

Can you confirm that your client consents?

**From:** Lynch, John C. [mailto:john.lynch@troutmansanders.com]
**Sent:** Monday, January 27, 2014 11:26 AM
**To:** Andrew Guzzo; Jones, Maryia Y.
**Cc:** Leonard Bennett; Matt Erausquin; Dale Pittman; Kristi Cahoon Kelly
**Subject:** RE: Kelly/Fariasantos- follow up

Andrew,

I will back with you later today or in the morning on this and the other issues in the Kelly case.

Thanks

**John C. Lynch**
*Troutman Sanders LLP*
Direct: 757.687.7765
Fax: 757.687.1504
Cell: 757.593.6625
E-mail
Web

---

Atlanta • Chicago • Hong Kong • London • New York • Newark
Norfolk • Orange County • Portland • Raleigh • Richmond • San Diego
Shanghai • Tysons Corner • Virginia Beach • Washington, D.C.

---

**From:** Andrew Guzzo [mailto:aguzzo@kellyandcrandall.com]
**Sent:** Monday, January 27, 2014 10:18 AM
**To:** Lynch, John C.; Jones, Maryia Y.
**Cc:** Leonard Bennett; Matt Erausquin; Dale Pittman; Kristi Cahoon Kelly
**Subject:** RE: Kelly/Fariasantos- follow up

John and Maryia,

Attached is the motion, memorandum, proposed amended complaint, and order for Kelly. We would like to get this filed today. Would you please let us know whether you will consent to this filing?

Thank you,
Andrew

1