# Andrew Guzzo

| | |
|---|---|
| **From:** | Lynch, John C. <john.lynch@troutmansanders.com> |
| **Sent:** | Friday, January 31, 2014 4:51 PM |
| **To:** | Leonard Bennett |
| **Cc:** | Kristi Cahoon Kelly; Jones, Maryia Y.; Matt Erausquin; Dale Pittman; Andrew Guzzo; Vicki Ward |
| **Subject:** | Re: Kelly v. Nationstar |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Len and kristi

My client contact has been out of the office and will not return until Tuesday. However, we did talk with our expected corporate rep and we could do the deposition on feb. 19, 20 21 24 or 25.

I will not have an answer on the proposed amended complaint until Tuesday. I have told you both my recommendations on that issue. If I get an answer before Tuesday I will let you know.

If you want any additional time on discovery due to these deposition dates we are fine with seeking that permission from the court as Len suggested. The current discovery deadline is march 3.

Thanks john



Sent from my iPhone

On Jan 31, 2014, at 11:14 AM, "Leonard Bennett" <lenbennett@clalegal.com> wrote:

> John -
>
> Given the way you handled Boyd, we refuse to move our dep dates. You will need to move for a PO and/or an enlargement. IF that is GRANTED, we can move them.
>
> Len
>
> On Jan 31, 2014, at 11:03 AM, Kristi Cahoon Kelly <kkelly@kellyandcrandall.com> wrote:
>
>> John,
>>
>> Your client has not been very responsive to any of our attempts to seek agreements in this case- in meet and confers, regarding the motion to amend, and now depo dates. I am sure you saw we had to file our motion to amend yesterday without your consent, even though you had previously indicated you thought your client would consent, because we just never heard back. We have received no substantive response to the

1

meet and confer we had almost two weeks ago and now have to trouble the court with discovery motions.

I don't think I can cancel the deposition set for Tuesday until I have an alternate date. Of course, I am always willing to accommodate and once we get an alternate date I will.

Thanks,
Kristi

**From:** Lynch, John C. [mailto:john.lynch@troutmansanders.com]
**Sent:** Friday, January 31, 2014 10:33 AM
**To:** Kristi Cahoon Kelly; Jones, Maryia Y.
**Cc:** Matt Erausquin; Leonard Bennett; Dale Pittman; Andrew Guzzo; Vicki Ward
**Subject:** RE: Kelly v. Nationstar

Kristi,

Feb. 4 is not going to work on our side. I will get alternative dates asap. I am sorry for not responding sooner- today has been the first day our office has reopened.

Thanks

**John C. Lynch**
*Troutman Sanders LLP*
Direct: 757.687.7765
Fax: 757.687.1504
Cell: 757.593.6625
E-mail
Web

---

Atlanta • Chicago • Hong Kong • London • New York • Newark
Norfolk • Orange County • Portland • Raleigh • Richmond • San Diego
Shanghai • Tysons Corner • Virginia Beach • Washington, D.C.

---

**From:** Kristi Cahoon Kelly [mailto:kkelly@kellyandcrandall.com]
**Sent:** Thursday, January 30, 2014 5:05 PM
**To:** Jones, Maryia Y.; Lynch, John C.
**Cc:** Matt Erausquin; Leonard Bennett; Dale Pittman; Andrew Guzzo; Vicki Ward
**Subject:** Kelly v. Nationstar

Counsel,

Please find attached Mr. Kelly's third request for discovery in this matter.

Additionally, we are planning to proceed with the corporate designee deposition on February 4th as we have not received any alternate dates or any concerns about unavailability.

Thanks,

Kristi C. Kelly

Kelly & Crandall, PLC
4084 University Drive, Suite 202A
Fairfax, VA 22030
Direct: 703-424-7572
Fax: 703-591-0167
Email: kkelly@kellyandcrandall.com

Please do not read, copy or disseminate this communication unless you are the intended addressee. This e-mail communication contains confidential and/or privileged information intended only for the addressee. If you have received this communication in error, please call me at 703-424-7570 or e-mail me immediately, and destroy all copies of the communications. Thank you.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice that may be contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding any penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

This e-mail communication (including any attachments) may contain legally privileged and confidential information intended solely for the use of the intended recipient. If you are not the intended recipient, you should immediately stop reading this message and delete it from your system. Any unauthorized reading, distribution, copying or other use of this communication (or its attachments) is strictly prohibited.