IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

TIMOTHY KELLY,

          Plaintiff,

v.                                                 Civil Action No. 3:13-cv-00311-JAG

NATIONSTAR MORTGAGE, LLC,

          Defendant.

## ORDER

This matter comes before the Court on the plaintiff's Motion to File an Amended Complaint, Motion to Compel, Motion for Reconsideration, and Motion to Amend the Scheduling Order. (Dk. Nos. 24, 26, 31, and 33.)

(1) The Court DENIES the motion to file an amended complaint as MOOT.

(2) The Court GRANTS the motion to compel in part and directs the defendant to produce all of the letters requested in RFP # 25. The defendant shall delete the names and addresses of the individuals named in the letters identifying them instead with a unique number. The defendant shall create a file that links every number with the corresponding individual's name and address. The defendant does not need to provide this list to the plaintiff at this time.

The Court reserves ruling on whether it will compel Nationstar to provide an additional response to Int. #4 on its net worth.

(3) The Court DENIES the Motion for Reconsideration as MOOT because the defendant has agreed to make its corporate representative available on February 25, 2014.

(4) The Court GRANTS the Motion to Amend the Scheduling Order and enlarges the discovery period twenty-one days past the current close of discovery.

It is so ORDERED.

Let the Clerk send a copy to all counsel of record.

Date: February 12, 2014
Richmond, VA

/s/ *(signature)*
John A. Gibney, Jr.
United States District Judge