**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**TIMOTHY KELLY,**
**on behalf of himself and**
**all others similarly situated,**

      **Plaintiff,**

      v.                                         Civil Action No. 3:13cv311 (JAG)

**NATIONSTAR MORTGAGE, LLC,**

      **Defendant.**

## MOTION TO SEAL

Defendant Nationstar Mortgage, LLC ("Nationstar"), by counsel, hereby moves, pursuant to Local Rule of Civil Procedure 5 and the Stipulated Protective Order entered in this case (ECF No. 17), to seal Exhibit 5 and a portion of Exhibit 6 of Plaintiff's Memorandum in Support of his Motion for Class Certification.  The reasons in support of this motion are set forth more fully in the accompanying memorandum in support.

                                                **NATIONSTAR MORTGAGE, LLC**

                                                By:    /s/ Jason E. Manning
                                                               Of Counsel

John C. Lynch (VSB No. 39267)
Jason E. Manning (VSB No. 74306)
Counsel for Defendant Nationstar Mortgage, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff Timothy Kelly**
Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
E-mail: dale@pittmanlawoffice.com

Kristi Cahoon Kelly
Andrew J. Guzzo
Kelly & Crandall, PLC
40845 University Drive, Suite 202A
Fairfax, VA 22030
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
E-mail: lenbennett@clalegal.com
E-mail: srotkis@clalegal.com

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
E-mail: matt@clalegal.com

/s/ Jason E. Manning
Jason E. Manning (VSB No. 74306)
Counsel for Nationstar Mortgage, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: jason.manning@troutmansanders.com