**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

**TIMOTHY KELLY,**
**on behalf of himself and**
**all others similarly situated,**

      **Plaintiff,**

      v.            Civil Action No. 3:13cv311 (JAG)

**NATIONSTAR MORTGAGE, LLC,**

      **Defendant.**

## MEMORANDUM IN SUPPORT OF MOTION TO SEAL

Defendant Nationstar Mortgage, LLC ("Nationstar"), by counsel, hereby moves, pursuant to Local Rule of Civil Procedure 5 and the Stipulated Protective Order entered in this case (ECF No. 17), to seal Exhibit 5 and a portion of Exhibit 6 of Plaintiff's Memorandum in Support of his Motion for Class Certification. In support of this motion, Nationstar states the following:

1. Plaintiff's Memorandum in Support of his Motion for Class Certification was filed on March 3, 2014 (ECF Nos. 43 and 44).

2. Nationstar moves to seal Exhibit 5 and a portion of Exhibit 6 of Plaintiff's Memorandum in Support of his Motion for Class Certification, because the documents contain confidential information, including proprietary business information that is commercially sensitive.

3. A redacted version of Exhibit 6 to Plaintiff's Memorandum in Support of his Motion for Class Certification is attached hereto.

4. Nationstar will deliver Exhibit 5 and Exhibit 6 of Plaintiff's Memorandum in Support of his Motion for Class Certification to the Clerk in a sealed container indicating case

1

number, case caption, the Order and Rule permitting the items to be filed under seal, and a non-confidential descriptive title of the document. *See* Local R. Civ. P. 5(E).

5. Attached hereto is a proposed order granting this Motion to Seal.

**NATIONSTAR MORTGAGE, LLC**

By: /s/ Jason E. Manning
Of Counsel

John C. Lynch (VSB No. 39267)
Jason E. Manning (VSB No. 74306)
Counsel for Defendant Nationstar Mortgage, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of March, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff Timothy Kelly**
Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
E-mail: dale@pittmanlawoffice.com

Kristi Cahoon Kelly
Andrew J. Guzzo
Kelly & Crandall, PLC
40845 University Drive, Suite 202A
Fairfax, VA 22030
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
E-mail: lenbennett@clalegal.com
E-mail: srotkis@clalegal.com

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
E-mail: matt@clalegal.com

       /s/ Jason E. Manning
John C. Lynch (VSB No. 39267)
Jason E. Manning (VSB No. 74306)
Counsel for Nationstar Mortgage, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com