IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TIMOTHY KELLY,
on behalf of himself and
all others similarly situated,

    Plaintiff,

  v.                        Civil Action No. 3:13cv311 (JAG)

NATIONSTAR MORTGAGE, LLC,

    Defendant.

## SEALING ORDER

This matter is before the Court on Defendant Nationstar Mortgage, LLC's ("Nationstar") Motion to Seal Exhibit 5 and a portion of Exhibit 6 of Plaintiff's Memorandum in Support of his Motion for Class Certification.

Nationstar's brings its motion in accordance with Local Rule of Civil Procedure 5 and the Stipulated Protective Order entered in this case (ECF No. 17).

Having considered Nationstar's motion and memorandum in support, and for good cause shown, Nationstar's Motion to Seal is **GRANTED**.

**IT IS SO ORDERED.**

                                        Enter: _____

                                      _____
                                      United States District / Magistrate Judge