IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

TIMOTHY KELLY,

           Plaintiff,

v.                                                  Civil Action No. 3:13-cv-00311-JAG

NATIONSTAR MORTGAGE, LLC,

           Defendant.

## ORDER

This matter comes before the Court on a Joint Motion for an Extension of Time. (Dk. No. 50.) The Court DENIES the motion. The defendant shall file a response brief on or before March 19, 2014. The plaintiff shall file his reply brief on or before March 26, 2014.

It is so ORDERED.

Let the Clerk send a copy to all counsel of record.

Date: <u>March 12, 2014</u>
Richmond, VA

                                                      /s/
                                    John A. Gibney, Jr.
                                    United States District Judge