**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**TIMOTHY KELLY,**
**on behalf of himself and**
**all others similarly situated,**

      **Plaintiff,**

    **v.**                                               **Civil Action No. 3:13cv311 (JAG)**

**NATIONSTAR MORTGAGE, LLC,**

      **Defendant.**


## MOTION TO STAY PENDING INTERLOCUTORY REVIEW

       Defendant Nationstar Mortgage, LLC ("Nationstar"), by counsel, files its Motion to Stay Deadlines Pending Interlocutory Review.  For the reasons set forth in the accompanying supporting memorandum, Nationstar requests that its motion be granted.

       Nationstar has conferred with Plaintiff concerning this motion and Plaintiff is not in agreement concerning a stay.  Nationstar respectfully requests an expedited disposition of this motion in light of the pre-trial deadlines and the May 12, 2014 trial.


Dated:  April 4, 2014                            **NATIONSTAR MORTGAGE, LLC**

                                     By:    /s/ Jason E. Manning           
                                                Of Counsel

John C. Lynch (VSB No. 39267)
Jason E. Manning (VSB No. 74306)
Maryia Y. Jones (VSB No. 78645)
Counsel for Nationstar Mortgage, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com
E-mail: maryia.jones@troutmansanders.com

### CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff Timothy Kelly**
Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, VA 23803
E-mail: dale@pittmanlawoffice.com

Kristi Cahoon Kelly
Andrew J. Guzzo
Kelly & Crandall, PLC
40845 University Drive, Suite 202A
Fairfax, VA 22030
E-mail: kkelly@kellyandcrandall.com
E-mail: aguzzo@kellyandcrandall.com

Leonard A. Bennett
Susan M. Rotkis
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 23601
E-mail: lenbennett@clalegal.com
E-mail: srotkis@clalegal.com

Matthew J. Erausquin
Casey S. Nash
Janelle M. Mikac
Consumer Litigation Associates, P.C.
1800 Diagonal Rd, Suite 600
Alexandria, VA 22314
E-mail: matt@clalegal.com
E-mail: casey@clalegal.com
E-mail: janelle@clalegal.com

/s/ Jason E. Manning
John C. Lynch (VSB No. 39267)
Jason E. Manning (VSB No. 74306)
Maryia Y. Jones (VSB No. 78645)
Counsel for Nationstar Mortgage, LLC
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7564
Facsimile: (757) 687-1524
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com
E-mail: maryia.jones@troutmansanders.com

21953131v1