IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

TIMOTHY KELLY,

           Plaintiff,

v.                                    Civil Action No. 3:13-cv-00311-JAG

NATIONSTAR MORTGAGE, LLC,

           Defendant.

**ORDER**

      This matter comes before the Court on Nationstar's Motion to Stay Pending Interlocutory Review.  (Dk. No. 92.)  The Court DIRECTS the plaintiff to file a response brief to the defendant's motion no later than noon on Thursday, April 10, 2014.

      It is so ORDERED.

      Let the Clerk send a copy to all counsel of record.

Date: April 7, 2014
Richmond, VA

                                  /s/
                       John A. Gibney, Jr.
                       United States District Judge