CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: 12/12/14

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE:<br>Timothy Kelly<br>v.<br>Nationstar Mortgage, LLC | Case No. 3:13CV311<br><br>Judge Gibney<br><br>Court Reporter:<br>J. Kull, OCR |

MATTER COMES ON FOR: ( ) BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: Preliminary Settlement Approval Hrg

APPEARANCES: Parties by (✓) with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )    DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD (✓)

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL May 4, 2015 AT 9:00 A.M. FOR Final Fairness Hearing

ADDITIONAL NOTATIONS:
The Court finds that the plaintiff is an appropriate representative of the class, that the notice to go out to the class is adequate, and that the proposed settlement is fair, reasonable, & adequate.

Leonard A. Bennett
Counsel for Plaintiff(s)

Jason E. Manning
Counsel for Defendants:

SET: 9:30am  BEGAN: 9:30am   ENDED 9:47am   Time in Court: 17 mins
RECESSES: